UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 96-5-KSF

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                                **OPINION & ORDER**

OTHA GENE BUCHANAN                                                                          DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the court on the motions of the defendant, Otha Gene Buchanan, for a reduction of his sentence based on the retroactive crack cocaine amendments of the Federal Sentencing Guidelines.

The Career Offender enhancement governed the calculation of defendant's Guidelines calculation. As a result, the crack cocaine amendments do not affect the defendant's sentence. Thus, the court finds that a reduction in defendant's sentence is inappropriate.

Therefore, the court, having reviewed the record and being otherwise sufficiently advised, will **DENY** the defendant's motions [DE 63 and 66].

This 12th day of September, 2008.



Signed By:
*Karl S. Forester* KSF
**United States Senior Judge**